UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| WILLIAM SAMUEL LOIRY, | ) | Case No. 11-50466-KKS |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

**ORDER DENYING DISCHARGE OF DEBTOR**
(Adversary Proceeding Case no. 11-05038, Order Approving Stipulation
for Waiver of Discharge Executed by Defendant, docket no. 72)

On May 23, 2013 the Court entered the Order Approving Stipulation for Waiver of Discharge Executed by Defendant in Adversary Proceeding Case no. 11-05038 (AP docket no. 72). The Order entered in the Adversary Proceeding approved the Stipulation for Waiver of Discharge executed by Defendant William Samuel Loiry (AP docket no. 71) who is the Debtor in this chapter 7 case. The Order states in paragraph 2 that "[a]n order shall be entered in the main chapter 7 case denying the discharge of the Debtor, William Samuel Loiry, based on the Stipulation and the entry of this Order." Based on a review of the Order entered in Adversary Proceeding Case no. 11-05038, it appearing no hearing is necessary or required, it is

ORDERED the discharge of the Debtor William Samuel Loiry is denied.

DONE AND ORDERED in Tallahassee, Florida, this the ___30th___ day of ___May___, 2013.

_____
Karen K. Specie
United States Bankruptcy Judge

Order Prepared by:
Charles F. Edwards, Esq.