# Notice Recipients

District/Off: 1129−5            User: ldavis            Date Created: 5/30/2013
Case: 11−50466−KKS            Form ID: pdf002            Total: 88

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |
| tr | Mary W. Colon | mcolon@7trustee.net |
| aty | Teresa M. Hair | norbkmail@wolfelawfl.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | William Samuel Loiry | 174 Water Color Way #262 | Santa Rosa Beach, FL 32459 | |
| cr | James B Nutter &Company | P.O. Box 25018 | Tampa, FL 33622−5018 | |
| cr | Atlas Acquisitions LLC | 294 Union St. | Hackensack, NJ 07601 | |
| 1641469 | ASG | Anderson House | Holywood Road | Belfast BT4 2GU |
| 1641410 | Agnieszka Kowalsky | c/o Hollister Co. | 1901 Pennsylvania Ave, NW #300 | Washington, DC 20006−3405 |
| 1641451 | Alec Schreck | c/o DC50 | 2121 Wisconsin Avenue, NW     Suite 350 | Washington, DC 20007 |
| 1641409 | Alexandra Calomaris | x/o Mie N Yu | 3125 M Street, NW | Washington, DC 20007 |
| 1641467 | Allen Polansky | Polansky Photography | 1416 W. Mt. Royal Ave. | Baltimore, MD 21217 |
| 1641461 | Andrea Bearty | clo Michelle Nolind | 6113 Orange Plaza | Panama City Beach, FL 32408 |
| 1641412 | Angela Vasiluk | c/o Tatyana Pope | Kazi Investment Group     1530 Wilson Blvd. | Arlington, VA |
| 1641445 | Aquent | 711 Boylston St. | Boston, MA 02116 | |
| 1658222 | Atlas Acquisitions LLC | 294 Union St. | Hackensack, NJ 07601 | |
| 1641470 | B−Secur | Anderson House | Holywood Road | Belfast BT4 2GU |
| 1641426 | Bay Medical Center | 615 North Bonita Avenue | Panama City, FL 32401 | |
| 1641468 | Bec Hunter | 1426 Esplanade Ave. | New Orleans, LA 70116 | |
| 1641416 | Bremmer &Goris Communications | 1908 Mount Vernon Avenue | Alexandria, VA 22301 | |
| 1641417 | Bremmer &Goris Communications | c/o attorney Mitchell Rubenstein | Olde Town Office Center     12 South Summit Avenue, Suite 250 | Gaithersburg, MD 20877 |
| 1641428 | Brinks Home Security | 8880 Esters | Irving, TX 75063 | |
| 1641439 | Buisson Creative Strategies | 3330 North Causeway Blvd     Suite 318 | Metairie, LA 70002 | |
| 1641427 | Cardiology Associates | 801 E 6th St #504 | Panama City, FL 32401 | |
| 1641408 | Carr Workplaces | 1455 Pennsylvania Avenue, NW     Suite 400 | Washington, DC 20004 | |
| 1641442 | Chet Watson | c/o Hanson &Associates | 167 South Auburn Street | Grass Valley, CA 95945 |
| 1655329 | Chip Brown | Chip Brown &Assoc | 108 S. Clairborne St. | Mobile, AL 36602 |
| 1641474 | Chuck Lewey | c/o M.A.L.L. Enterprises, Inc. | 13000 Newport Road | Ballico, CA 95303 |
| 1641413 | Citystaff Inc. | c/o Attorney Thomas Mauro | Mauro Law Offices, P.C.     1020 Nineteenth Street, NW, Suite 400 | Washington, DC 20036 |
| 1655324 | Coremessage Inc. | 225 S. Adams Street | Tallahassee, FL 32301 | |
| 1641447 | Cox Communications, Inc. | P.O. Box 9001080 | Louisville, KY 40290−1080 | |
| 1641423 | Cx International Inc | 1101 30th Street, NW #500 | Washington, DC 20007−3773 | |
| 1641450 | Dennis Lucey | Tkc Global | 11320 Random Hills Road     Suite 120 | Fairfax, VA 22030 |
| 1641424 | Department of the Treasury | Internal Revenue Service | Kansas City, MO 64999−0002 | |
| 1641420 | Digital Doorway Designs | Jen Inscho | 20812 Wallingford Sq. | Sterling, VA 20165−7384 |
| 1641464 | Doulgas Demark | Doug Demark Photography | 2988 Tartan Lane | Chesapeake Beach, MD 20732 |
| 1641472 | Ekaterina Marunina | 1602 Renate Drive     Apt. T−1 | Woodbridge, VA 22192 | |
| 1641446 | Enterprise Car Rental | 14091−D Emerald Coast Centre | Destin, FL 32541−3350 | |
| 1641419 | Erica R. Orange | c/o Weiner, Edrich, Brown, Inc. | 200 E. 33rd Street, Suite 91 | New York, NY 10016 |
| 1641438 | Event Producers | 5724 Salmen Street | New Orleans, LA 70123 | |
| 1655323 | Express Printing | 1920 L. Street NW | Washington, DC 20036 | |
| 1641430 | Florida Default Law Group, P.L. | Alison A. Parker | P.O. Box 25018 | Tampa, FL 33622−5018 |
| 1655326 | Forstar | c/o Eugene Policastri | 401 North Washington Street     Suite 500 | Rockville, MD 20850 |
| 1641414 | Furnfaux Steward Design &Comm | c/o Attorney Adam R. Wilk | 4004 Williamsburg Court | Fairfax, VA 22032 |
| 1641463 | Garrity Print Solutions | 109 Research Drive | Harahan, LA 70123−5210 | |
| 1641459 | Gaylord National Resort &Convention Center | 201 Waterfront Street | National Harbor, MD 20745 | |
| 1641460 | Gaylord Palms | 6000 W. Osceola Parkway | Kissimmee, FL 34746 | |
| 1641425 | Georgia World Congress Center | 285 Andrew Young International Blvd, NW | Atlanta, GA 30313−1591 | |
| 1655325 | GlobaFone | 2 International Drive | Portsmouth, NH 03801 | |
| 1641437 | Hilton Riverside New Orleans | 2 Poydras Street | New Orleans, LA 70130 | |
| 1641456 | Invision Group, LLC | 220 Newport Center Dr., Ste II | Newport Beach, CA 92660 | |
| 1641465 | J. Branch Kennon D.D.S. | Kennon Dental Associates, LLC | 2309−B St. Andrews Blvd. | Panama City, FL 32405 |
| 1641429 | James B. Nutter &Co. | c/o Florida Default Law Group, P.L. | Alison A. Parker     P.O. Box 25018 | Tampa, FL 33622−5018 |

| ID | Name | Address |
|---|---|---|
| 1641436 | Jeffrey Berniard | The Berniard Law Firm, 643 Magazine Street, Suite 402, New Orleans, LA 70130 |
| 1641441 | Jennings Public Relations & Advertising | 1656 Washington St., Kansas City, MO 64108 |
| 1641434 | Jim Bemazzani | Idoneous Global, 20 I St. Charles Ave., Suite 2500, New Orleans, LA 70170 |
| 1641462 | Justin Squier | c/o Michelle Nolind, 6113 Orange Plaza, Panama City Beach, FL 32408 |
| 1641466 | Kathy Sliger | Sliger & Associates, 2406 Joan Ave # 5, Panama City, FL 32408 |
| 1641471 | Kent Forest Lawn Funeral Home | 2403 Harrison Ave, Panama City, FL 32406–4417 |
| 1641402 | Lana Orloff | c/o Paul Tendler, 1250 Connecticut Avenue, NW, Suite 200, Washington, DC 20036 |
| 1641440 | Laura J. Bergerol | c/o Press Club of New Orleans, 2020 Saint Charles Avenue, New Orleans, LA 70130 |
| 1641475 | M.A.L.L. Enterprises, Inc. | 13000 Newport Road, Ballico, CA 95303 |
| 1641432 | Mandi Thompson | 4030 Walmsley Ave., New Orleans, LA 70125 |
| 1641444 | Margie Shepherd | c/o Mirch Law Firm, 701 B St., San Diego, CA 92101 |
| 1641403 | Marriott Mayflower | 1127 Connecticut Avenue, NW, Washington, DC 20036 |
| 1641443 | McKenna Long & Aldridge LLP | 1900 K Street, NW, Washington, DC 20006–1110 |
| 1641435 | Megan Hargroder | c/o The Bemiard Law Firm, 643 Magazine Street, Suite 402, New Orleans, LA 70130 |
| 1641433 | Michael Feduccia | 606A Independence St., New Orleans, LA 70117 |
| 1641452 | Northrop Grumman | 1840 Century Park East, Los Angeles, CA 90067–2199 |
| 1641473 | Oksana Marunina | 1602 Renate Drive, Apt. T–1, Woodbridge, VA 22192 |
| 1641404 | Omni Shoreham Hotel | 2500 Calvert Street, NW, Washington, DC 20008 |
| 1655327 | PSAV | 2504 LA Road, Metairie, LA 70001 |
| 1641457 | Prosperity Bank | 3293 Hodges Boulevard, Jacksonville, FL 32224 |
| 1655328 | Proteus On–Demand Facilities | 6727 Oak Ridge Commerce Way SW, Austell, GA 30168 |
| 1641458 | Regions Bank | 1901 6th Avenue North, Birmingham, AL 35203 |
| 1641405 | Regus | 1101 Pennsylvania Avenue, NW, 5th Floor, Washington, DC 20004 |
| 1641406 | Regus | 201 St. Charles Avenue, Suite 2500, New Orleans, LA 70170 |
| 1641407 | Regus | 495 Grand Boulevard, Suite 206, Miramar Beach, FL 32550 |
| 1641415 | Riggs Bank | c/o Attorney Mark F. Werblood, Tesler & Werblood, 113 Rowell Court, Falls Church, VA 22046 |
| 1641431 | Sacred Heart Hospital on the Emerald Coast | 7800 U.S. Hwy 98 West, Miramar Beach, FL 32550 |
| 1641421 | Sam S. Garbia | c/o Sam S. Garbia, Jr., 4151 Chain Bridge Road, Fairfax, VA 22030 |
| 1641418 | Skilstaf Inc. | 860 Airport Dr., Alexander City, AL 35010 |
| 1641411 | Tatyana Pope | c/o Kazi Investment Group, 1530 Wilson Blvd., Arlington, VA |
| 1641455 | Teray Stephens | 220 Newport Center Dr., Ste II, Newport Beach, CA 92660 |
| 1641453 | The BioSolve Company | 329 Massachusetts Ave, Lexington, MA 02420 |
| 1641422 | The McGraw Hill Companies | P.O. Box 182604, Columbus, OH 43272 |
| 1641454 | The Washington Post | 1150 15th Street, NW, Washington, DC 20071 |
| 1641449 | Washington Convention Center | 801 Mount Vernon Place NW, Washington, DC 20001 |
| 1641448 | Washington Life Magazine | 2301 Tracy Place, NW, Washington, DC 20008 |

TOTAL: 85